## 20767. CITY OF SAVANNAH v. CLARKE.

BROYLES, C. J. 1. "It is not a prerequisite to suit against a municipal corporation in this State, for injury to person or property, that the written notice required under the Civil Code, § 910, should specify any amount of money claimed as damages." *Maryon* v. *City of Atlanta,* 149 *Ga.* 35 (99 S. E. 116), and cit.; same case, 23 *Ga. App.* 716 (99 S. E. 316). In the decision of this court in that case the contrary ruling in *Mayor &c. of Macon* v. *Stringfield,* 16 *Ga. App.* 480 (85 S. E. 684), was overruled.

2. Under the above-stated ruling and the facts of the instant case the petition as amended was not subject to any ground of the demurrer interposed, and the demurrer was properly overruled.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED NOVEMBER 11, 1930.

276

*John J. Bouhan, E. Ormonde Hunter, Marvin O'Neal Jr.*, for plaintiff in error.

*Don H. Clark*, contra.